UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>  Petitioner,<br><br>  v.<br><br>JOE GAROFALO,<br><br>  Respondent. | 1:18-cv-01610-JDP<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner is in custody in Colusa County and challenges his conviction from Colusa County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. The court will transfer this case to the Sacramento Division.

**Order**

1. This action is transferred to the United States District Court for the Eastern District of California, Sacramento Division.

2. All future filings must be filed with the Sacramento Division:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

1

IT IS SO ORDERED.

Dated:     November 29, 2018

_____
UNITED STATES MAGISTRATE JUDGE